■ MARY ANN STEVENS, Individually and on Behalf of All Others Similarly Situated, Appellants, v AMERICAN WATER SERVICES, INC., Formerly Known as AMERICAN ANGLIAN ENVIRONMENTAL TECHNOLOGIES, L.P., et al., Respondents. (Appeal No. 4.) [820 NYS2d 823]—Appeal from an amended judgment of the Supreme Court, Erie County (Joseph G. Makowski, J.), entered June 3, 2005. The amended judgment was entered upon an order granting defendants' motions to dismiss the complaint.

It is hereby ordered that said appeal be and the same hereby is unanimously dismissed without costs (see Matter of Kolasz v Levitt, 63 AD2d 777, 779 [1978]). Present—Pigott, Jr., P.J., Hurlbutt, Martoche and Green, JJ.